**Marquis Aurbach**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com

**Santoro Whitmire**
James E. Whitmire, Esq.
Nevada Bar No. 6533
10100 W. Charleston Blvd., #250
Las Vegas, Nevada 89135
Telephone: (702) 948-8771
Facsimile: (702) 948-8773
JWhitmire@santoronevada.com

*Attorneys for Defendant, LVMPD*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL COYNE, individually and on behalf of those similarly situated; DAVID DENTON, individually and on behalf of those similarly situated; and SEAN BOLLIG, individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT,<br><br>Defendant. | Case No.: 2:22-cv-00475-APG-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT LVMPD TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

Defendant Las Vegas Metropolitan Police Department (hereinafter "Defendant" or "LVMPD") by and through its attorneys of record, Nick D. Crosby, Esq. and Jordan W. Montet, Esq., with the law firm of Marquis Aurbach, and James E. Whitmire, Esq. with the law firm of Santoro Whitmire, and Plaintiffs Coyne, Denton, and Bollig ("Plaintiffs"), by and through their counsel of record, Kelly B. Stout, Esq. with the law firm of Sgro & Roger, hereby stipulate and agree as follows:

MAC:14687-392 4685590_1 4/13/2022 1:25 PM

1. On March 23, 2022, Defendant LVMPD filed its Motion to Dismiss [ECF No. 7];

2. On April 6, 2022, Plaintiffs filed their Opposition to Defendant's Motion to Dismiss [ECF No. 10];

3. The deadline for Defendant LVMPD to file its Reply in support of its Motion to Dismiss ("Reply") is April 13, 2022;

4. The Parties have agreed to an extension of the deadline by which Defendant must file its Reply to April 20, 2022.

IT IS SO STIPULATED.

| SGRO & ROGER | MARQUIS AURBACH CHTD. |
|---|---|
| /s/ Kelly B. Stout | /s/ Jordan W. Montet |
| Anthony P. Sgro<br>Nevada Bar No. 3811<br>Kelly B. Stout<br>Nevada Bar No. 12105<br>720 South 7th Street<br>Las Vegas, Nevada 89101<br>Attorneys for Plaintiffs | Nicholas D. Crosby<br>Nevada Bar No. 8996<br>Jordan W. Montet<br>Nevada Bar No. 14743<br>10001 Park Run Driver<br>Las Vegas, Nevada 89145<br>702.382.0711 |
| | SANTORO WHITMIRE<br>James E. Whitmire<br>Nevada Bar No. 6533<br>10100 West Charleston Boulevard, #250<br>Las Vegas, Nevada 89145<br>702.948.8771 |
| | Attorneys for Defendant Las Vegas Metropolitan Police Department |

MAC:14687-392 4685590_1 4/13/2022 1:25 PM

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711  FAX: (702) 382-5816

**ORDER**

Based on the Parties' foregoing Stipulation and for good cause appearing,

**IT IS SO ORDERED** that Defendant LVMPD's last day to file a Reply in Support of its Motion to Dismiss is to April 20, 2022.

DATED this 14th day of April, 2022.

_____
U.S. DISTRICT COURT JUDGE

MAC:14687-392 4685590_1 4/13/2022 1:25 PM