ANTHONY P. SGRO
Nevada Bar No. 3811
KELLY B. STOUT
Nevada Bar No. 12105
**Sgro & Roger**
720 South 7th Street
Las Vegas, Nevada 89101
Telephone:  702.384.9800
TSGRO@SgroandRoger.com
KSTOUT@SgroandRoger.com

*Attorneys for* PLAINTIFFS

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

|  |  |
|---|---|
| DANIEL COYNE, individually and on behalf of those similarly situated; DAVID DENTON, individually and on behalf of those similarly situated; and SEAN BOLLIG, individually and on behalf of those similarly situated, | Case Number 2:22-cv-00475-APG-VCF |
| Plaintiff(s), | **Stipulation and Order for Extension of Time for Plaintiffs to File Motion for Preliminary Certification of Collective Action** |
| vs. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT; | **(First Request)** |
| Defendant(s). | |

Defendant Las Vegas Metropolitan Police Department (hereinafter "Defendant" or "LVMPD") by and through its attorneys of record, Nick D. Crosby, Esq. and Jordan W. Montet, Esq., of the law firm of Marquis Aurbach, and James E. Whitmire, Esq. of the law firm of Santoro Whitmire; and Plaintiffs Daniel Coyne, David Denton, Sean Bollig, et al. (collectively, "Plaintiffs"), by and through their counsel of record, Anthony P. Sgro, Esq. and Kelly B. Stout, Esq. of the law firm of Sgro & Roger, hereby stipulate and agree as follows:

1.     On March 23, 2022, LVMPD filed a Motion to Dismiss.  (ECF 7.)  Plaintiffs filed their Response on April 6, 2022 (ECF 10), and LVMPD filed its Reply on April 22, 2022 (ECF 23).

2.      On May 13, 2022, while the Motion to Dismiss was pending, the Parties filed a [Proposed] Discovery Plan and Scheduling Order.  (ECF 28.)

3.      On June 1, 2022, the Court held a status hearing on the proposed discovery plan (*see* ECF 30), and ordered that if Plaintiffs' claims survive the Motion to Dismiss, Plaintiffs shall have 45 days after the entry the order deciding the Motion to Dismiss to file a motion for conditional certification of a collective action.  (ECF 33.)

4.      On September 21, 2022, the Court issued an Order denying LVMPD's Motion to Dismiss Plaintiffs'  as to the FLSA claim (ECF 39), and Plaintiffs' currently have until November 7, 2022, to file their motion for conditional certification of a collective action.

5.      The Parties have agreed to extend the deadline for Plaintiffs to file their motion for conditional certification of a collective action by four days—until November 11, 2022.

6.      This extension is agreed to in good faith and is not for the purposes of delay.

SGRO & ROGER                                  MARQUIS AURBACH CHTD.

*/s/ Kelly B. Stout*                                  */s/ Nicholas D. Crosby*
ANTHONY P. SGRO                               NICHOLAS D. CROSBY
Nevada Bar No. 3811                            Nevada Bar No. 8996
KELLY B. STOUT                                 10001 Park Run Driver
Nevada Bar No. 12105                           Las Vegas, Nevada 89145
720 South 7th Street                           702.382.0711
Las Vegas, Nevada 89101

                                              SANTORO WHITMIRE
*Attorneys for* PLAINTIFFS                     James E. Whitmire
                                              Nevada Bar No. 6533
                                              10100 West Charleston Boulevard, #250
                                              Las Vegas, Nevada 89145
                                              702.948.8771

                                              *Attorneys for* DEFENDANT LAS VEGAS
                                              METROPOLITAN POLICE DEPARTMENT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **<u>ORDER</u>**

Based on the Parties' foregoing Stipulation and for good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiffs shall file their motion for conditional certification of a collective action on or before November 11, 2022.

DATED this 4th day of November, 2022.

_____
UNITED STATES MAGISTRATE JUDGE