# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL COYNE, et al.,<br><br>　　Plaintiffs<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT,<br><br>　　Defendant | Case No.: 2:22-cv-00475-APG-VCF<br><br>**Order** |

For conflict-checking purposes,

I ORDER plaintiffs Daniel Coyne, David Denton, and Sean Bollig to file an updated list of plaintiffs every 30 days, starting on November 15, 2022.

DATED this 8th day of November, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE