**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL COYNE, et al.,<br><br>   Plaintiffs<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT,<br><br>   Defendant | Case No.: 2:22-cv-00475-APG-VCF<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO:**<br>**(1) APPROVE BAILEY KENNEDY, LLP AS CO-COUNSEL; AND**<br>**(2) APPROVE REVISED ENGAGEMENT AGREEMENT**<br><br>**(ECF NO. 126)** |

The plaintiffs move to (1) approve Bailey Kennedy, LLP as co-counsel to Sgro & Roger for the named plaintiffs and the unnamed plaintiffs in the FLSA collective action, and (2) approve a revised engagement agreement among Bailey Kennedy, Sgro & Roger, and the named plaintiffs (the BK/SR Engagement Agreement), making it binding on the named and unnamed plaintiffs. ECF No. 126. The defendant did not file a response to the Motion, so it is deemed to have consented to it. *See* Local Rule 7-2(d). For that reason, and because the motion is supported by good cause, I grant the Motion.

I THEREFORE ORDER that the plaintiffs' Motion **(ECF No. 126) is GRANTED**.

I FURTHER ORDER that:

- Bailey Kennedy is approved as co-counsel for the named and unnamed plaintiffs;
- The BK/SR Engagement Agreement is approved and is binding upon the named and unnamed plaintiffs; and

/ / / /

/ / / /

/ / / /

- The named plaintiffs will provide notice of the association of Bailey Kennedy and the BK/SR Engagement Agreement as part of their next communication to the unnamed plaintiffs, but no later than 30 days from entry of this order.

DATED this 29th day of July, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE