Dennis L. Kennedy
Nevada Bar No. 1462
Joseph A. Liebman
Nevada Bar No. 10125
Paul C. Williams
Nevada Bar No. 12524
Jarod B. Penniman
Nevada Bar No. 16299
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: 702.562.8820
Facsimile: 702.562.8821
DKennedy@BaileyKennedy.com
JLiebman@BaileyKennedy.com
PWilliams@BaileyKennedy.com
JPenniman@BaileyKennedy.com

Anthony P. Sgro
Nevada Bar No. 3811
Alanna C. Bondy
Nevada Bar No. 14830
**SGRO & ROGER**
2901 El Camino Avenue, Suite 204
Las Vegas, Nevada 89102
Telephone: 702.384.9800
Facsimile: 702.665.4120
TSgro@SgroandRoger.com
ABondy@SgroandRoger.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Daniel Coyne, individually and on behalf of those similarly situated; David Denton, individually and on behalf of those similarly situated; and Sean Bollig, individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Las Vegas Metropolitan Police Department,<br><br>Defendant. | Case No. 2:22-cv-00475-APG-DJA<br><br>**STIPULATION AND ORDER TO SCHEDULE JOINT HEARING FOR JOINT MOTION FOR PRELIMINARY SETTLEMENT APPROVAL** |

1   Plaintiffs Daniel Coyne, David Denton, and Sean Bollig (hereinafter "Plaintiffs"), by and
2 through their undersigned counsel, and Defendant Las Vegas Metropolitan Police Department
3 ("Defendant" or "Metro"), by and through its undersigned counsel, hereby submit the following
4 Stipulation and Order to schedule a Joint Hearing with the Clark County District Court regarding the
5 soon-to-be-filed Joint Motion for Preliminary Approval of Class Action and FLSA Collective Action
6 Settlement ("Motion for Preliminary Approval").

7   WHEREAS, Plaintiffs, on behalf of themselves and all others similarly situated, initiated this
8 case in Clark County District Court ("State Court") on February 15, 2022 (Case No. A-22-848354-
9 C), alleging claims under the Fair Labor Standards Act and Nevada law for Metro's alleged failure
10 to compensate peace officers for work performed before and after scheduled overtime shifts;

11   WHEREAS, on March 16, 2022, Metro removed this case to this Court ("Federal Court").
12 On October 3, 2022, the Federal Court declined to exercise supplemental jurisdiction over Plaintiffs'
13 Nevada law claims and ordered that they be severed and remanded back to State Court (the "State
14 Class Action"). Plaintiffs' claims under the FLSA remained in Federal Court (the "Federal
15 Collective Action");

16   WHEREAS, the Parties participated in three, full day, in-person mediation sessions with the
17 Honorable Jackie Glass (Ret.), eventually culminating in a conditional settlement of the Federal
18 Collective Action and State Class Action, which was memorialized in a Mediator's Resolution
19 Memorandum;

20   WHEREAS, the Parties have nearly completed the finalization and execution of the
21 Settlement Agreement, along with a Joint Motion for Preliminary Approval;

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  WHEREAS, the Parties and their Counsel have discussed the utility and logistics of holding a Joint Hearing on the Motion for Preliminary Approval with both the State Court and Federal Court;

WHEREAS, the State Court and Federal Court have agreed to hold and jointly preside over a Joint Hearing on the Motion for Preliminary Approval on August 15, 2025 at 9 a.m. in State Court in Department 15/Courtroom 11D.

DATED this 18th day of July, 2025.

| BAILEY❖KENNEDY | WHITMIRE LAW, PLLC |
|---|---|
| By: /s/ Joseph A. Liebman<br>DENNIS L. KENNEDY<br>JOSEPH A. LIEBMAN<br>PAUL C. WILLIAMS<br>BRENNA C. IRVING | By: /s/ James E. Whitmire<br>JAMES E. WHITMIRE<br>NEVADA BAR NO. 6533<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br>702.948.8771 |
| **SGRO & ROGER**<br>ANTHONY P. SGRO<br>ALANNA C. BONDY<br>*Attorneys for Plaintiffs* | **MARQUIS & AURBACH**<br>NICHOLAS D. CROSBY<br>Nevada Bar No. 8996<br>10001 PARK RUN DRIVE<br>Las Vegas, Nevada 89145<br>*Attorneys for Defendant Las Vegas Metropolitan Police Department* |

ORDER

IT IS SO ORDERED.

_____
CHIEF U.S. DISTRICT COURT JUDGE

DATED: July 21, 2025