SGRO & ROGER
Anthony P. Sgro, Esq.
Nevada Bar No. 3811
Alanna C. Bondy, Esq.
Nevada Bar No. 14830
2901 El Camino Ave., Suite 204
Las Vegas, Nevada 89102

BAILEY✧KENNEDY
Dennis L. Kennedy, Esq.
Nevada Bar No. 1462
John R. Bailey, Esq.
Nevada Bar No. 0137
Joseph A. Liebman, Esq.
Nevada Bar No. 10125
Paul C. Williams, Esq.
Nevada Bar No. 12524
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL COYNE, individually and on behalf of those similarly situated; DAVID DENTON, individually and on behalf of those similarly situated; and SEAN BOLLIG, individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT,<br><br>Defendant. | Case No. 2:22-cv-00475-APG-DJA<br><br>**ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION AND FLSA COLLECTIVE ACTION SETTLEMENT** |

TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

On August 15, 2025, this matter came before the United States District Court, District of Nevada, the Honorable Andrew P. Gordon presiding, and the Eighth Judicial District Court for Clark County, Nevada, the Honorable Joe Hardy presiding, for a joint hearing on the parties' Joint Motion

for Preliminary Approval of Class Action and FLSA Collective Action Settlement (the "Motion for Preliminary Approval"). The Courts, having jointly considered the papers submitted in support of the Motion for Preliminary Approval, and the representations of counsel made at the hearing, HEREBY FIND AND ORDER AS FOLLOWS:

1.   The Courts grant preliminary approval of the Settlement and the Settlement Class based upon the terms set forth in the Class/Collective Action Settlement Agreement between Plaintiffs Daniel Coyne, et. al. and Defendant the Las Vegas Metropolitan Police Department ("LVMPD") dated August 1, 2025 (the "Settlement"). The Settlement preliminarily appears to be fair, adequate, and reasonable to the Settlement Class. Therefore, the Motion for Preliminary Approval is GRANTED.

2.   The Settlement falls within the range of reasonableness and appears to be presumptively valid, subject only to any objections that may be raised at the final fairness hearing and final approval by the Courts.

3.   A final fairness hearing on the question of whether the proposed Settlement should be finally approved as fair, reasonable, and adequate as to the members of the Settlement Class is scheduled in accordance with the Implementation Schedule set forth below.

4.   The Courts approve, as to form and content, the Notice of Pendency of Collective and Class Action Settlement and Final Hearing Date ("Class Notice of Settlement"), in substantially the form attached to Motion for Preliminary Approval as Exhibit "2".[1] The Courts approve the procedure for Class Members to (i) participate (i.e., do nothing), (ii) opt out, or (iii) object, to the Settlement as set forth in the Class Notice of Settlement.

5.   The Courts direct the mailing of Class Notice of Settlement in accordance with Section 18 of the Settlement and the Implementation Schedule set forth below. The Courts find the dates selected for the mailing and distribution of the Class Notice of Settlement, as set forth in the Section 18 of the Settlement and the Implementation Schedule, meet the requirements of due process and provide the best notice practicable under the circumstances and shall constitute due and

---

[1] The Court requested minor changes to the Notice during the hearing, which have been incorporated.

sufficient notice to all persons entitled thereto.

6. The United States District Court, District of Nevada has already preliminarily certified the Opt-In Plaintiffs as a collective pursuant to the Fair Labor Standards Act (FLSA) and that decision is not disturbed.

7. It is further ordered by the State Court that a Settlement Class, as defined in the Settlement Agreement and Motion for Preliminary Approval, is preliminarily certified pursuant to Rule 23 of the Nevada Rules of Civil Procedure for settlement purposes.[2]

8. The Courts jointly affirm Plaintiffs Daniel Coyne, Sean Bollig, and David Denton as Class Representatives.

9. The Courts jointly affirm Anthony Sgro, Esq., and Alanna Bondy, Esq. of Sgro & Roger and John Bailey, Esq., Dennis Kennedy, Esq., Joseph Liebman, Esq., and Paul Williams, Esq., of Bailey❖Kennedy as Class Counsel.

10. The Courts jointly confirm Apex Class Action at the Third-Party Administrator.

11. The Courts order the following Implementation Schedule for further proceedings:

| | | |
|---|---|---|
| a. | Deadline for Plaintiffs to provide Claims Administrator with each Class Member's name and last-known address | August 29, 2025 |
| b. | Deadline for Claims Administrator to mail the Notice to Class Members | September 12, 2025 |
| c. | Deadline for Class Counsel to file a Motion for Attorney's Fees, Costs, Incentive Awards, and Early Opt-In Awards | September 22, 2025 |
| d. | Deadline for Defendant to provide Claims Administrator with Social Security Numbers of Class Members (to the extent necessary and requested) | October 28, 2025 |
| e. | Deadline for Class Members to postmark requests for exclusions or to file objections to the Settlement | November 11, 2025 |
| f. | Deadline for Class Counsel to file declaration from Claims Administrator of due diligence and proof of mailing | November 25, 2025 |

---

[2] No class is being certified pursuant to Fed. R. Civ. P. 23.

| | | |
|---|---|---|
| g. | Final Fairness Hearing, approval of the Settlement and entry of Final Judgment | December 5, 2025 at 9 a.m. in Department 15 of the Regional Justice Center |
| h. | Deadline for Defendant to pay the first half of the Settlement Amount to the Settlement Account (or to be deposited in an escrow account agreed upon by the parties if Effective Date has not yet occurred) | August 31, 2025 |
| i. | Deadline for Defendant to pay the second half of the Settlement Amount to the Settlement Account (or to be deposited in an escrow account agreed upon by the parties if Effective Date has not yet occurred) | August 31, 2026 |
| j. | Fiscal Affairs Committee Meeting | October 30, 2025 |
| k. | Deadline for Claims Administrator to pay Settlement Awards to Class Members | The latter of 15 calendar days after a) the Effective Date as defined in the Settlement Agreement, or b) receipt of any of the settlement funds in the Settlement Account (*note: this may be broken into two equal payments if only 50% of the settlement funds have been transferred to the Settlement Account as of the Effective Date*)<br><br>This specific date(s) will be provided in the Final Approval Order. |
| l. | Deadline for Claims Administrator to pay Class Counsel Payment to Class Counsel | The latter of 10 calendar days after a) the Effective Date as defined in the Settlement Agreement, or b) receipt of any of the settlement funds in the Settlement Account (*note: this may be broken into two equal payments if only 50% of the settlement funds have been transferred to the Settlement Account as of the Effective Date*)<br><br>This specific date(s) will be provided in the Final Approval Order. |
| m. | Uncashed checks shall be voided and those funds shall be deemed Unclaimed Funds to be used in the calculation and payment of secondary Settlement Awards | 180 days after issuance of Settlement Awards checks.<br><br>This specific date(s) will be provided in the Final Approval Order. |

/ / /

/ / /

/ / /

/ / /

| n. | Deadline for Claims Administrator to pay secondary Settlement Awards | 30 days after voiding of uncashed checks<br><br>This specific date(s) will be provided in the Final Approval Order. |
|---|---|---|
| o. | Unclaimed Funds from secondary Settlement Award to be remitted to the Las Vegas Police Protective Association Law Enforcement Assistance Fund | 180 days after issuance of secondary Settlement Awards checks<br><br>This specific date(s) will be provided in the Final Approval Order. |

**IT IS SO ORDERED.**

_____
The Honorable Andrew Gordon, Chief Judge,
United States District Court for the District of Nevada

DATED: __August 25, 2025_____

Jointly submitted by:

Dated this 21st day of August 2025

WHITMIRE LAW, PLLC

By */s/ James E Whitmire*
James E. Whitmire, Esq.
Nevada Bar No. 6533
10785 West Twain, Suite 226
Las Vegas, Nevada 89135

MARQUIS AURBACH
Nicholas D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Defendant*

Dated this 21st day of August 2025

BAILEY✧KENNEDY

*By /s/ Joseph A. Liebman*
Dennis L. Kennedy, Esq., Nev. Bar No. 1462
John R. Bailey, Esq., Nev. Bar No. 0137
Joseph A. Liebman, Esq., Nev. Bar No 10125
Paul C. Williams, Esq., Nev. Bar No. 12524
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148

SGRO & ROGER
Anthony P. Sgro, Esq.
Nevada Bar No. 3811
Alanna C. Bondy, Esq.
Nevada Bar No. 14830
2901 El Camino Ave., Suite 204
Las Vegas, Nevada 89102
*Attorneys for Plaintiffs*