# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL COYNE, et al., | Case No.: 2:22-cv-00475-APG-VCF |
| Plaintiffs | **Order** |
| v. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, | |
| Defendant | |

Based on the defendant's status report (ECF No. 151),

I ORDER the parties to immediately confer about the defendant's requested relief (ECF No. 151 at 5-6). If the parties are able to reach an agreement on how to address the notice issues, they will file a stipulation by November 25, 2025. If no agreement is reached, the plaintiffs will file a response to the defendant's report by November 25, 2025.

DATED this 18th day of November, 2025.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE