JOHN R. BAILEY
Nevada Bar No. 0137
DENNIS L. KENNEDY
Nevada Bar No. 1462
JOSEPH A. LIEBMAN
Nevada Bar No. 10125
PAUL C. WILLIAMS
Nevada Bar No. 12524
JAROD B. PENNIMAN
Nevada Bar No. 16299
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:  702.562.8821
DKennedy@BaileyKennedy.com
JLiebman@BaileyKennedy.com
PWilliams@BaileyKennedy.com
JPenniman@BaileyKennedy.com

ANTHONY P. SGRO
Nevada Bar No. 3811
ALANNA C. BONDY
Nevada Bar No. 14830
**SGRO & ROGER**
2901 El Camino Avenue, Suite 204
Las Vegas, Nevada 89102
Telephone: 702.384.9800
Facsimile: 702.665.4120
TSgro@SgroandRoger.com
ABondy@SgroandRoger.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL COYNE, individually and on behalf of those similarly situated; DAVID DENTON, individually and on behalf of those similarly situated; and SEAN BOLLIG, individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT,<br><br>Defendant. | Case No.  2:22-cv-00475-APG-DJA<br><br>**SECOND REVISED IMPLEMENTATION SCHEDULE** |

Plaintiffs Daniel Coyne, David Denton, and Sean Bollig, on behalf of themselves and those similarly situated ("Plaintiffs"), by and through their undersigned counsel of record, and Defendant Las Vegas Metropolitan Police Department ("LVMPD"), by and through its undersigned counsel of record, hereby stipulate to the Second Revised Implementation Scheduled contemplated under the Stipulation and Order in Response to this Court's Meet and Confer Order [Doc. 156]. The Parties are still in the process ensuring that all members of the Settlement Class have been identified and need additional time to complete that process.

| | | |
|---|---|---|
| a. | Deadline for Class Counsel and Defense Counsel to jointly certify that all members of the Settlement Class have been identified | December 30, 2025 |
| b. | Deadline for Claims Administrator to mail the Updated Notice to Group A and Group B Class Members, as well as any members of the Class who the Class Administrator identified as "Notices Deemed Undeliverable" (per paragraph 14 of Doc. 156) | January 8, 2026 |
| c. | Deadline for all Class Members to postmark requests for exclusions or to file objections to the Settlement | March 9, 2026 |
| d. | Deadline for Joint Motion for Final Approval including declaration from the Claims Administrator of due diligence and proof of mailing | March 27, 2026 |
| e. | Final Fairness Hearing, approval of the Settlement/Motion for Attorney's Fees and Costs and Incentive Awards, and entry of Final Judgment | April 3, 2026 at 9 a.m., in Department 15 of the Eighth Judicial District Court |
| f. | Deadline for Defendant to pay the first half of the Settlement Amount to the Settlement Account (or to be deposited in an escrow account agreed upon by the parties if Effective Date has not yet occurred) | August 31, 2025 (already deposited into escrow account) |
| g. | Deadline for Defendant to pay the second half of the Settlement Amount to the Settlement Account (or to be deposited in an escrow account agreed upon by the parties if Effective Date has not yet occurred) | August 31, 2026 |
| h. | Deadline for Claims Administrator to pay Settlement Awards to Class Members | The latter of 15 calendar days after a) the Effective Date as defined in the Settlement Agreement, or b) receipt of any of the settlement funds in the Settlement Account (*note: this may be broken into two equal payments if only 50% of the settlement funds have been transferred to the Settlement Account as of the Effective Date*) |

| | | |
|---|---|---|
| | | This specific date(s) will be provided in the Final Approval Order. |
| i. | Deadline for Claims Administrator to pay Class Counsel Payment to Class Counsel | The latter of 10 calendar days after a) the Effective Date as defined in the Settlement Agreement, or b) receipt of any of the settlement funds in the Settlement Account (*note: this may be broken into two equal payments if only 50% of the settlement funds have been transferred to the Settlement Account as of the Effective Date*)<br><br>This specific date(s) will be provided in the Final Approval Order. |
| j. | Uncashed checks shall be voided and those funds shall be deemed Unclaimed Funds to be used in the calculation and payment of secondary Settlement Awards | 180 days after issuance of Settlement Awards checks.<br><br>This specific date(s) will be provided in the Final Approval Order. |
| k. | Deadline for Claims Administrator to pay secondary Settlement Awards | 30 days after voiding of uncashed checks.<br><br>This specific date(s) will be provided in the Final Approval Order. |
| l. | Unclaimed Funds from secondary Settlement Award to be remitted to the Las Vegas Police Protective Association Law Enforcement Assistance Fund | 180 days after issuance of secondary Settlement Awards checks<br><br>This specific date(s) will be provided in the Final Approval Order. |

DATED this 19th day of December, 2025.

| | |
|---|---|
| **BAILEY❖KENNEDY**<br><br>By: /s/ Joseph A. Liebman<br>    JOHN R. BAILEY<br>    DENNIS L. KENNEDY<br>    JOSEPH A. LIEBMAN<br>    PAUL C. WILLIAMS<br>    JAROD B. PENNIMAN<br><br>**SGRO & ROGER**<br>ANTHONY P. SGRO<br>ALANNA C. BONDY<br>*Attorneys for Plaintiffs* | **MARQUIS & AURBACH**<br><br>By: /s/ Jordan Montet<br>    JORDAN MONTET<br>    NEVADA BAR NO. 14743<br>    10001 Park Run Drive<br>    Las Vegas, Nevada  89145<br><br>**WHITMIRE LAW, PLLC**<br>JAMES E. WHITMIRE<br>NEVADA BAR NO. 6533<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada  89145<br>*Attorneys for Defendant Las Vegas Metropolitan Police Department* |

Case No. 2:22-cv-00475-APG-DJA
Daniel Coyne, individually and on behalf of those similarly situated; et al. vs.
Las Vegas Metropolitan Police Department

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: December 22, 2025