**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DANIEL COYNE, et al.,

Plaintiffs

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT,

Defendant

Case No.: 2:22-cv-00475-APG-VCF

**Order Granting Motion for Leave to File Opposition**

[ECF No. 186]

I HEREBY GRANT the appellants' motion (ECF No. 186) for leave to file an opposition to the plaintiffs' motion to require an appeal bond. The appellants must separately file their opposition (currently attached as Exhibit A to their motion). The plaintiffs may file a reply in support of their motion for a bond by October 15, 2026.

DATED this 1st day of October, 2026.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE